# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **William Mabey Jr.**                               Docket No. **12-296-1**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Barbara Hutchinson** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **William Mabey Jr.**, who was placed under pretrial release supervision by the **Honorable Madeline Cox-Arleo** sitting in the Court at Newark, New Jersey, on June 24, 2011, on a $750,000 Appearance Bond secured by property with three co-signers and under the following conditions:

1. Pretrial Services Supervision.
2. The defendant shall be released into the third party custody of Becky Mabey.
3. Home Incarceration with electronic monitoring.
4. Surrender all passports and travel documents to Pretrial Services. Do not apply for new travel documents.
5. Travel restricted to New Jersey and Massachusetts, unless otherwise approved by Pretrial Services.
6. Substance abuse testing and treatment as directed by Pretrial Services.
7. Maintain residence as approved by Pretrial Services.
8. Refrain from possessing any firearms or dangerous weapons.

On October 18, 2011, a consent order was signed by the Honorable Cox-Arleo modifying the defendant's conditions of release from Home Incarceration to Home Detention with Electronic Monitoring.

On May 2, 2012, the defendant appeared before Your Honor to enter a guilty plea.

On November 18, 2012, a consent order was signed by Your Honor modifying the defendant's conditions of release from Home Detention to a Curfew with Electronic Monitoring.

The defendant is pending sentencing scheduled for December 1, 2015.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **Mental Health Treatment as deemed appropriate by Pretrial Services**

ORDER OF COURT

Considered and ordered this ___ day of _December 2015_ and ordered filed and made a part of the records in the above case.

_____
Honorable Stanley R. Chesler
Senior United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _November 20, 2015_

_____
Barbara Hutchinson
Senior United States Pretrial Services Officer